**UNITED STATES of America,**
**Appellee,**

v.

**Michael Lamarr HILL, Appellant.**

**No. 08–1969.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 9, 2009.

Filed: March 17, 2009.

Before LOKEN, Chief Judge, MELLOY and BENTON, Circuit Judges.

PER CURIAM.

Michael Lamarr Hill appeals his within-guidelines-range sentence that the district court[1] imposed after he pled guilty to possession with intent to distribute over five grams of "crack" cocaine base. After careful review of the record and briefs, we conclude that the district court did not abuse its discretion in sentencing Hill to 188 months. This court affirms. *See* 8th Cir. R. 47B.

---

1. The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota.